IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Dan Vacek

    Plaintiff,

        V.                      Misc CASE NUMBER: 08-265 (TFH)

United States

    District of Columbia,

### PETITION TO FILE ELECTRONICALLY
### IN DISTRIT OF COLUMBIA

---

COMES NOW Plaintiff, Dan Vacek pro se files this petition to file electronically in the District of Columbia.

As of the calendar date of this document, the Plaintiff has two ECF accounts, one with the District of New Mexico and one with the District of Western Pennsylvania both with a user name of "*dlvacek*". In the District of New Mexico the Plaintiff has an active case and as of today in the District of Western Pennsylvania the Plaintiff does not have an active case and was granted the latter account overnight once the Plaintiff completed the District of Western Pennsylvania's on line web form.

WHEREFORE, the Plaintiff respectfully request that this honorable Court the grant the Plaintiff the ability to electronically file in the District's Electronic Case Filing System (ECF).

                                            Respectively Submitted:

                                            April 16, 2008
                                            Dan Vacek
                                            Plaintiff
                                            6904 Clover Ct
                                            Darien, Il 60561
                                            an address where postal mail is accepted

$39.00 fee not paid

April 16, 2008

| Dan Vacek | Dan Vacek | Dan Vacek |
|---|---|---|
| dlvacek2@comcast.net | PO Box 223 | 6904 Clover Ct |
| email address and the preferred method of receiving written communication | Radium Springs, NM 88054 | Darien, IL 60561 |
| | US mailing address where postal mail is received but not always retrieved timely | US mailing address where postal mail is received and timely scanned and forwarded electronically |

Clerk's Office
United States District Court - District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Subject: Request District of Columbia ECF Account

Dear Nancy Mayer-Whittington, Clerk of Court District of Columbia:

Thank you for your timely call back this morning and pointing me to the District of Columbia's Electronic Case Filing System User's Manual publicly posted at http://www.dcd.uscourts.gov/ECF-Users-Manual.pdf. As I believe I stated I am versed in the use of United States District Court's ECF system and as of today I have two ECF accounts one with the District of New Mexico and one with the District of Western Pennsylvania both with a user name of "*dlvacek*". In the district of New Mexico I have an active case and as of today in the District of Western Pennsylvania I do not have an active case and received the latter with speed (overnight!!) once I completed the District of Western Pennsylvania on line web form.

On page 5 of your published District of Columbia's Electronic Case Filing System User's Manual the following is stated:

> "*Pro se filers must petition the court for permission to file in ECF.*"

As mentioned/discussed on my part, why I need to petition the District of Columbia when I already have two ECF accounts (one active case in one district (NM) and no current active case in the other (WPA)), I believe is not good use our time. And apparently, the District of Columbia treats multi generation legal United States citizens who chose self representation, pro se, as some type of a special "*class*".

Regardless, attached is my "*Petition To File Electronically*", **Enclosure 1**, in the District of Columbia. Please process my petition in a timely manner. If for some reason you cannot process my petition please respond to me in writing as to the exact reasons why within 5 business days of your receipt of this correspondence.

Best Regards,

Dan Vacek
dlvacek2@comcast.net

# Enclosure 1

April 16, 2008 Petition To File Electronically In District of Columbia
(1 page)

C:\Documents and
Settings\dlvacek\My I

remainder of this enclosure cover page is blank