UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAN VACEK,<br><br>　　　　Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT,<br><br>　　　　Respondent. | Misc. No. 08-00265 |

## ORDER

Pending before the Court is Dan Vacek's Petition To File Electronically In District Of Columbia [Docket No. 1], which seeks permission to file documents electronically via the United States District Court for the District of Columbia's Electronic Case Filing("ECF") system. After carefully considering Mr. Vacek's petition, in which he concedes that he has no case pending before this Court, it hereby is

**ORDERED** that the Petition To File Electronically In District Of Columbia [Docket No. 1] is **DENIED WITHOUT PREJUDICE**. At the present time, Mr. Vacek has no need to file electronically via this Court's ECF system given that he has no case pending in this district and this Court's ECF system does not accommodate parties filing documents for cases pending in other federal districts. Accordingly, there currently is no purpose served by this Court devoting judicial resources to create and administer an ECF account for Mr. Vacek. Mr. Vacek is

welcome to refile his petition in the future when he has a case pending before this Court.

**SO ORDERED.**

April 30th, 2008

_____
Thomas F. Hogan
Chief Judge